B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ironhorse Country Club, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-0127995** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**8055 Ironhorse Boulevard**<br>**West Palm Beach, FL**<br>ZIP Code **33412** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☑ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                   **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ironhorse Country Club, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br><br>      _____<br>      (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Ironhorse Country Club, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Bradley S. Shraiberg**
Signature of Attorney for Debtor(s)

**Bradley S. Shraiberg 121622**
Printed Name of Attorney for Debtor(s)

**Shraiberg, Ferrara, & Landau P.A.**
Firm Name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**

_____
Address

**Email: bshraiberg@sfl-pa.com**
**561 443 0800  Fax: 561 998 0047**
Telephone Number

**January  4, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John G. McGregor**
Signature of Authorized Individual

**John G. McGregor**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**January  4, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Ironhorse Country Club, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bruce Wigder 326 Mingo Way Loudon, TN 37774 | Bruce Wigder 326 Mingo Way Loudon, TN 37774 | Resigned equity membership | Contingent | 28,000.00 |
| David Kudler Pinzler 7911 Preserve Drive West Palm Beach, FL 33412 | David Kudler Pinzler 7911 Preserve Drive West Palm Beach, FL 33412 | Resigned equity membership | Contingent | 33,000.00 |
| Donald Stoltzner 7918 Fairway Lane West Palm Beach, FL 33412 | Donald Stoltzner 7918 Fairway Lane West Palm Beach, FL 33412 | Resigned equity membership | Contingent | 38,000.00 |
| Edward Lustig 80554 Avenida Santa Marta Indio, CA 92203 | Edward Lustig 80554 Avenida Santa Marta Indio, CA 92203 | Resigned equity membership | Contingent | 33,000.00 |
| Gregory White 6512 North Central Avenue Sea Isle City, NJ 08243 | Gregory White 6512 North Central Avenue Sea Isle City, NJ 08243 | Resigned equity membership | Contingent | 30,000.00 |
| Harold Phillips 3341 Bracmar Court Keswick, VA 22947 | Harold Phillips 3341 Bracmar Court Keswick, VA 22947 | Resigned equity membership | Contingent | 33,000.00 |
| Joseph Gries 8593 Doverbrook Drive Palm Beach Gardens, FL 33410 | Joseph Gries 8593 Doverbrook Drive Palm Beach Gardens, FL 33410 | Resigned equity membership | Contingent | 33,000.00 |
| Joseph Grow Post Office Box 698 PA 19400 | Joseph Grow Post Office Box 698 PA 19400 | Resigned equity membership | Contingent | 38,000.00 |
| Lester Kaye 31 McGregor Drive Southampton, NY 11968 | Lester Kaye 31 McGregor Drive Southampton, NY 11968 | Resigned equity membership | Contingent | 43,000.00 |
| Marietje Condron 7925 Preserved Drive West Palm Beach, FL 33412 | Marietje Condron 7925 Preserved Drive West Palm Beach, FL 33412 | Resigned equity membership | Contingent | 30,577.00 |
| Marjori Petter-Kolb 8472 Ironhorse Court West Palm Beach, FL 33412 | Marjori Petter-Kolb 8472 Ironhorse Court West Palm Beach, FL 33412 | Resigned equity membership | Contingent | 38,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.**                                    Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mark Goldman**<br>**409 Washington Street**<br>**#391**<br>**Hoboken, NJ 07030** | **Mark Goldman**<br>**409 Washington Street**<br>**#391**<br>**Hoboken, NJ 07030** | **Resigned equity membership** | **Contingent** | **30,000.00** |
| **Mary Jo Roth**<br>**242 Montant Drive**<br>**Palm Beach Gardens, FL 33418** | **Mary Jo Roth**<br>**242 Montant Drive**<br>**Palm Beach Gardens, FL 33418** | **Resigned equity membership** | **Contingent** | **30,000.00** |
| **Mitchell Wollman**<br>**7578 Ironhorse Boulevard**<br>**West Palm Beach, FL 33412** | **Mitchell Wollman**<br>**7578 Ironhorse Boulevard**<br>**West Palm Beach, FL 33412** | **Resigned equity membership** | **Contingent** | **38,000.00** |
| **Paula Weiss**<br>**7411 Ironhorse Boulevard**<br>**West Palm Beach, FL 33412** | **Paula Weiss**<br>**7411 Ironhorse Boulevard**<br>**West Palm Beach, FL 33412** | **Resigned equity membership** | **Contingent** | **33,000.00** |
| **Peter Yeutter**<br>**1308 Mallard Lane**<br>**Millville, NJ 08332** | **Peter Yeutter**<br>**1308 Mallard Lane**<br>**Millville, NJ 08332** | **Resigned equity membership** | **Contingent** | **30,000.00** |
| **Robert Annand**<br>**8310 Bob O Link Drive**<br>**West Palm Beach, FL 33412** | **Robert Annand**<br>**8310 Bob O Link Drive**<br>**West Palm Beach, FL 33412** | **Resigned equity membership** | **Contingent** | **33,000.00** |
| **Ron Kahn**<br>**16 Village Drive**<br>**Trumbull, CT 06611** | **Ron Kahn**<br>**16 Village Drive**<br>**Trumbull, CT 06611** | **Resigned equity membership** | **Contingent** | **35,500.00** |
| **Saul Ziner**<br>**61 Walden Pond Drive**<br>**Nashua, NH 03064** | **Saul Ziner**<br>**61 Walden Pond Drive**<br>**Nashua, NH 03064** | **Resigned equity membership** | **Contingent** | **33,000.00** |
| **Tyge Hansen**<br>**8264 Spyglass Drive**<br>**West Palm Beach, FL 33412** | **Tyge Hansen**<br>**8264 Spyglass Drive**<br>**West Palm Beach, FL 33412** | **Resigned equity membership** | **Contingent** | **43,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January  4, 2010** _____         Signature   **/s/ John G. McGregor** _____
                                                              **John G. McGregor**
                                                              **Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

In re  **Ironhorse Country Club, Inc.**
_____, Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **8055 Ironhorse Boulevard, West Palm Beach, Florida 33412** | **Current offer to purchase real property of $2.4 mil. 2006 appraisal was $9 mil.** | - | **Unknown** | **3,618,953.03** |

|  | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
|  | (Report also on Summary of Schedules) | |

__0__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Ironhorse Country Club, Inc.**    Case No. _____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **3008401065002**<br><br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Payment Process Center**<br>**Carol Stream, IL 60197-5292** | | | - | | 7/11/2008<br><br>Dell Inspirion 1525<br><br><br>Value $       **0.00** | | | | **Unknown** | **Unknown** |
| Account No. **3008401065001**<br><br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Payment Process Center**<br>**Carol Stream, IL 60197-5292** | | | - | | 2/7/2007<br><br>2-Dell Latitude D820<br><br><br>Value $       **0.00** | | | | **Unknown** | **Unknown** |
| Account No. **004-4012531-001**<br><br>**VGM Financial Services**<br>**1111 West San Marnan Drive**<br>**Waterloo, IA 50701** | | | - | | 6/30/2008<br><br>1-John Deere Fairway Mower & Asscessories; 1-John Deere Greens Mower & Accessories; 1-John Deere SupraSystem Chasis and Groomer Cassettes; 1- Tru Turf Roller/Spike<br>Value $       **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **004-40123531-002**<br><br>**VGM Financial Services**<br>**1111 West San Marnan Drive**<br>**Waterloo, IA 50701** | | | - | | 3/17/2009<br><br>1- Tycrop Pro Pass 180 Topdresser<br><br><br>Value $       **Unknown** | | | | **Unknown** | **Unknown** |

_  **2**  _ continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.** ,                        Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **01-43-8633854-6** | | | **5/24/2006** | | | | | |
| **Wachovia Bank Commercial Loan Service Post Office Box 740502 Atlanta, GA 30374** | | | **Loan** **3,500000.00 Loan** | | | | | |
| | | | Value $               **Unknown** | | | | **2,821,000.00** | **Unknown** |
| Account No. **1920854** | | | **5/24/06** | | | | | |
| **Wachovia Bank Post Office Box 60308 Charlotte, NC 28260** | | | **Swap Agreement** | | | | | |
| | | | Value $               **Unknown** | | | | **350,249.03** | **Unknown** |
| Account No. **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-7** | | | **5/24/2008** | | | | | |
| **Wachovia Bank Commercial Loan Service Post Office Box 740502 Atlanta, GA 30374** | | | **$500,000 Line of Credit** | | | | | |
| | | | Value $               **Unknown** | | | | **447,704.20** | **Unknown** |
| Account No. **0134713-405** | | | **3/6/2008** | | | | | |
| **Wells Fargo NW - 8178 Post Office Box 1450 Minneapolis, MN 55485** | | | **3 - Club Car Turf 2 Utility Vehicles; 1-Supa System chasis and groomer cassettes** | | | | | |
| | | | Value $               **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **0134713-403** | | | **6/22/2005** | | | | | |
| **Wells Fargo NW - 8178 Post Office Box 1450 Minneapolis, MN 55485** | | | **1-Bandit Drum Chipper; 1- Dakota Turf Tender; 4- Yard Hopper w/ Electric Controls** | | | | | |
| | | | Value $               **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **3,618,953.23** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **0134713-404** | | | | **7/22/2005** | | | | | |
| **Wells Fargo**<br>**NW - 8178**<br>**Post Office Box 1450**<br>**Minneapolis, MN 55485** | - | | | **1-Soil Reliever Model 72; 5- John Deere 2 Unit Trailers; 1-John Deere 5105 Utility Trailer** | | | | | |
| | | | | Value $        **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal<br>(Total of this page) | **0.00** / **0.00** |
| | Total<br>(Report on Summary of Schedules) | **3,618,953.23** / **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re  **Ironhorse Country Club, Inc.**                                         ,          Case No. _____
<br>Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                 **19**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                                             ,        Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.                                                                |   |   |   |   |   |   |          | 0.00 |
| **Abigail Gaivez** 916 3rd Street West Palm Beach, FL 33401                 |   | - |   |   |   |   | 1,966.00 | 1,966.00 |
| Account No.                                                                |   |   |   |   |   |   |          | 0.00 |
| **Andrey Dmitriev** 311 North Federal Highway Apt 5 Lake Worth, FL 33460    |   | - |   |   |   |   | 1,343.00 | 1,343.00 |
| Account No.                                                                |   |   |   |   |   |   |          | 0.00 |
| **Antoni Garcia** 2601 Parker Avenue West Palm Beach, FL 33401              |   | - |   |   |   |   | 324.00   | 324.00 |
| Account No.                                                                |   |   |   |   |   |   |          | 0.00 |
| **Billi Lopez** Post Office Box 1138 Indiantown, FL 34956                   |   | - |   |   |   |   | 2,284.00 | 2,284.00 |
| Account No.                                                                |   |   |   |   |   |   |          | 0.00 |
| **Brian Gerhauser** 12370 Alternate A1A Palm Beach Gardens, FL 33410        |   | - |   |   |   |   | 1,186.00 | 1,186.00 |

Sheet  **1**  of  **19**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 7,103.00 | 7,103.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.** , Case No. _____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | 0.00 |
| Brian Glass 1405 Wilderness Road West Palm Beach, FL 33409 | - | | | | | | | 170.00 | 170.00 |
| Account No. | | | | | | | | | 0.00 |
| Brigette Muglia 284 Village Boulevard Aprtment 9205 Jupiter, FL 33469 | - | | | | | | | 2,324.96 | 2,324.96 |
| Account No. | | | | | | | | | 581.00 |
| Bruce Forepaugh 1332 13th Terrace Palm Beach Gardens, FL 33418 | - | | | | | | | 11,531.00 | 10,950.00 |
| Account No. | | | | Deferred compensation | | | | | 9,050.00 |
| Bruce Forepaugh 1332 13th Terrace Palm Beach Gardens, FL 33418 | - | | | | | | | 20,000.00 | 10,950.00 |
| Account No. | | | | | | | | | 0.00 |
| Carlos Jaoquin Post Office Box 1085 Indiantown, FL 34956 | - | | | | | | | 796.00 | 796.00 |

Sheet  **2**  of  **19**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 9,631.00 |
| (Total of this page) | 34,821.96 | 25,190.96 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.**
_____,  Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Charlotte Darville** **361 West 20th Street** **West Palm Beach, FL 33404** | - | | | | | | 4,327.00 | 0.00 | 4,327.00 |
| Account No. | | | | | | | | | |
| **Cristobal Juarez** **14797 SW Andaucia Ct** **Indiantown, FL 34956** | - | | | | | | 657.00 | 0.00 | 657.00 |
| Account No. | | | | | | | | | |
| **Cynthia D. Bernardi** **1228 Cippewa Street** **Jupiter, FL 33458** | - | | | | | | 4,360.00 | 0.00 | 4,360.00 |
| Account No. | | | | | | | | | |
| **Daniel Demar** **9614 Capendon Avenue** **Palm Beach Gardens, FL 33418** | - | | | | | | 200.00 | 0.00 | 200.00 |
| Account No. | | | | | | | | | |
| **Danillo Hernandez** **610 1/2 35th Street** **2A** **West Palm Beach, FL 33407** | - | | | | | | 324.00 | 0.00 | 324.00 |

Sheet  **3**  of  **19**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 0.00 |
|---|---|---|---|
| | (Total of this page) | 9,868.00 | 9,868.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.**
_____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | | | | | | | |
| David Kensky 5000 North Ocean Drive Apt 302 West Palm Beach, FL 33404 | | - | | | | | | 4,270.00 | 0.00 | 4,270.00 |
| Account No. | | | | | | | | | | |
| Deborah Johnson 3762 New Moon Parkway Boynton Beach, FL 33436 | | - | | | | | | 2,788.00 | 0.00 | 2,788.00 |
| Account No. | | | | | | | | | | |
| Derek Rosario 4807 Sable Pine West Palm Beach, FL 33417 | | - | | | | | | 155.00 | 0.00 | 155.00 |
| Account No. | | | | | | | | | | |
| Eileen Baguidy 623 38th Street West Palm Beach, FL 33407 | | - | | | | | | 155.00 | 0.00 | 155.00 |
| Account No. | | | | | | | | | | |
| Francner Theodor 10304 Pippin Lane West Palm Beach, FL 33411 | | - | | | | | | 1,312.00 | 0.00 | 1,312.00 |

Sheet __4__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 |
|---|---|
| 8,680.00 | 8,680.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.** _____,    Case No. _____

_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
_____
                                    TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Francois Sichem 418 South K Street Lake Worth, FL 33460 | | - | | | | | 251.00 | 0.00 / 251.00 |
| Account No. | | | | | | | | |
| Gaspar Mateo Post Office Box 1085 Indiantown, FL 34956 | | - | | | | | 1,435.00 | 0.00 / 1,435.00 |
| Account No. | | | | | | | | |
| Giovanni Russo 9565 Cherry Blossom Terrace Boynton Beach, FL 33437 | | - | | | | | 138.00 | 0.00 / 138.00 |
| Account No. | | | | | | | | |
| Glenn Fanara 35 Deitz Avenue Lake Grove, NY 11755 | | - | | | | | 2,080.75 | 0.00 / 2,080.75 |
| Account No. | | | | | | | | |
| Glenn McGredie 12370 Alternate A1A Palm Beach Gardens, FL 33410 | | - | | | | | 225.00 | 0.00 / 225.00 |

Sheet  **5**   of  **19**   continuation sheets attached to       Subtotal       | 0.00
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)    | 4,129.75 | 4,129.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | |
| Hector Jesus Post Office Box 1871 Indiantown, FL 34956 | | - | | | | | | | 0.00 |
| | | | | | | | | 449.00 | 449.00 |
| Account No. | | | | | | | | | |
| Jackson Cirosil 1805 West Blue Heron Apt C201 West Palm Beach, FL 33404 | | - | | | | | | | 0.00 |
| | | | | | | | | 350.00 | 350.00 |
| Account No. | | | | | | | | | |
| James R. Gallo 9773 Sandpiper Lane West Palm Beach, FL 33411 | | - | | | | | | | 0.00 |
| | | | | | | | | 4,149.00 | 4,149.00 |
| Account No. | | | | | | | | | |
| Jesus Miguel Post Office Box 1871 Indiantown, FL 34956 | | - | | | | | | | 0.00 |
| | | | | | | | | 1,637.00 | 1,637.00 |
| Account No. | | | | | | | | | |
| Joe Yashuk 115 Bamboo Road West Palm Beach, FL 33404 | | - | | | | | | | 0.00 |
| | | | | | | | | 2,426.00 | 2,426.00 |

Sheet __6__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                               | 0.00
(Total of this page)                   | 9,011.00 | 9,011.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.**                                          ,        Case No. _____
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | 0.00 |
| **John Quinzi** **248 Honeysuckle Drive** **Jupiter, FL 33458** | - | | | | | | | 6,850.00 | 6,850.00 |
| Account No. | | | | | | | | | 0.00 |
| **Jose Guitierrez** **Post Office Box 2044** **Indiantown, FL 34956** | - | | | | | | | 1,122.00 | 1,122.00 |
| Account No. | | | | | | | | | 0.00 |
| **Jose Laureano** **15165 SW Chickee Street** **Indiantown, FL 34956** | - | | | | | | | 932.00 | 932.00 |
| Account No. | | | | | | | | | 0.00 |
| **Juan Francisco** **Post Office Box 2044** **Indiantown, FL 34956** | - | | | | | | | 892.00 | 892.00 |
| Account No. | | | | | | | | | 0.00 |
| **Keith Warner** **139 Harbourside Circle** **Jupiter, FL 33458** | - | | | | | | | 100.00 | 100.00 |

Sheet __7__ of __19__ continuation sheets attached to                    Subtotal                    | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)        **9,896.00**        **9,896.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Ironhorse Country Club, Inc.**
_____,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | | | | | | | |
| Lauren Pottinger 10222 Hunt Club Palm Beach Gardens, FL 33418 | | - | | | | | | | 0.00 | |
| | | | | | | | | 648.00 | | 648.00 |
| Account No. | | | | | | | | | | |
| Linda Joseph 3030 Congress Park Dr. Apt. 327 Lake Worth, FL 33461 | | - | | | | | | | 0.00 | |
| | | | | | | | | 1,520.00 | | 1,520.00 |
| Account No. | | | | | | | | | | |
| Marie Cherisca 213 12th Street Delray Beach, FL 33444 | | - | | | | | | | 0.00 | |
| | | | | | | | | 760.00 | | 760.00 |
| Account No. | | | | | | | | | | |
| Mary Kathryn Devoss 5000 North Ocean Drive Apt 302 West Palm Beach, FL 33404 | | - | | | | | | | 0.00 | |
| | | | | | | | | 1,433.00 | | 1,433.00 |
| Account No. | | | | | | | | | | |
| Miles Heitzburg 18442 Cocos Plumosa Jupiter, FL 33458 | | - | | | | | | | 0.00 | |
| | | | | | | | | 642.00 | | 642.00 |

Sheet **8** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 5,003.00 | | 5,003.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Neil Luning 866 Blue Ridge West Palm Beach, FL 33409 | - | | | | | | 540.00 | | 0.00 540.00 |
| Account No. | | | | | | | | | |
| Patrick O'Hara 13 Lexington Lane Unit F Palm Beach Gardens, FL 33418 | - | | | | | | 192.00 | | 0.00 192.00 |
| Account No. | | | | | | | | | |
| Paul Bakken 6450 Longleaf Pine Drive Jupiter, FL 33458 | - | | | | | | 2,692.00 | | 0.00 2,692.00 |
| Account No. | | | | | | | | | |
| Pedro Joaquin 145 96 SW Martin Avenue Indiantown, FL 34956 | - | | | | | | 935.00 | | 0.00 935.00 |
| Account No. | | | | | | | | | |
| Pranee Thabthim 1781 Woodhaven Drive West Palm Beach, FL 33406 | - | | | | | | 1,688.00 | | 0.00 1,688.00 |

Sheet __9__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 6,047.00 | 6,047.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.**_____,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

                                                              **Wages, salaries, and commissions**
                                                              _____
                                                                     TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Rafael Lacan Post Office Box 1891 Indiantown, FL 34956 | | - | | | | | | 0.00 |
| | | | | | | | 982.00 | 982.00 |
| Account No. | | | | | | | | |
| Ray Sowers 7925 Flagler Court West Palm Beach, FL 33405 | | - | | | | | | 0.00 |
| | | | | | | | 205.00 | 205.00 |
| Account No. | | | | | | | | |
| Renee Poulter 11718 66th Street North West Palm Beach, FL 33412 | | - | | | | | | 0.00 |
| | | | | | | | 300.00 | 300.00 |
| Account No. | | | | | | | | |
| Robert Anderson 866 Blue Ridge Circle West Palm Beach, FL 33409 | | - | | | | | | 0.00 |
| | | | | | | | 2,389.00 | 2,389.00 |
| Account No. | | | | | | | | |
| Ryan Berendt 4345 Gardenia Drive Palm Beach Gardens, FL 33410 | | - | | | | | | 0.00 |
| | | | | | | | 800.00 | 800.00 |

Sheet __10__ of __19__ continuation sheets attached to                      Subtotal        0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    4,676.00      4,676.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.**
_____ ,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Tyler Jackson 423 SW Walking Path Stuart, FL 34997 | | - | | | | | | 0.00 |
| | | | | | | | 240.00 | 240.00 |
| Account No. | | | | | | | | |
| Vladmir Alexeev 5000 North Ocean Drive Apt 208 West Palm Beach, FL 33404 | | - | | | | | | 0.00 |
| | | | | | | | 866.00 | 866.00 |
| Account No. | | | | | | | | |
| William Magnan 108 Old English Court Jupiter, FL 33458 | | - | | | | | | 0.00 |
| | | | | | | | 275.00 | 275.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **11** of **19** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    1,381.00    1,381.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.**                                    ,        Case No. _____
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **8527** | | | | | | | | |
| **Ashley Torsiello**<br>**9092 Banquet Way**<br>**Lake Worth, FL 33467** | - | | | | X | | | 0.00 |
| | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8108** | | | | | | | | |
| **Ayme Besman**<br>**1325 Fishers Place**<br>**West Palm Beach, FL 33413** | - | | | | X | | | 24.50 |
| | | | | | | | 1,000.00 | 975.50 |
| Account No. **8495** | | | | | | | | |
| **Betsy Pinto**<br>**184 316th Avenue North**<br>**Lake Worth, FL 33460** | - | | | | X | | | 0.00 |
| | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8462** | | | | | | | | |
| **Carrie Shaeffer**<br>**4887 Via Palm Lake**<br>**#505**<br>**West Palm Beach, FL 33417** | - | | | | X | | | 0.00 |
| | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8733** | | | | | | | | |
| **Danilee Meyers**<br>**1323 Scottsdale Road**<br>**West Palm Beach, FL 33417** | - | | | | X | | | 0.00 |
| | | | | | | | 1,000.00 | 1,000.00 |

Sheet  **12**  of  **19**   continuation sheets attached to                     Subtotal                                    | 24.50
Schedule of Creditors Holding Unsecured Priority Claims         (Total of this page)          5,000.00   |   4,975.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.** _____ , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5873** | | | | | | | | |
| Hillary Oakley 11030 Cameron Court #307 Fort Lauderdale, FL 33324 | - | | | | X | | 1,000.00 | 0.00 1,000.00 |
| Account No. **8437** | | | | | | | | |
| Jackie Burk 1278 Clysdale Drive Loxahatchee, FL 33470 | - | | | | X | | 1,000.00 | 0.00 1,000.00 |
| Account No. **8112** | | | | | | | | |
| Jennifer Costa 8891 Okeechobee Boulevard West Palm Beach, FL 33411 | - | | | | X | | 1,000.00 | 1,000.00 0.00 |
| Account No. **8719** | | | | | | | | |
| Jessica Lobrutto 9710 Pinemill Court Lake Worth, FL 33467 | - | | | | X | | 1,000.00 | 0.00 1,000.00 |
| Account No. **8816** | | | | | | | | |
| Jessica Wilson 1520 15th Court Palm Beach Gardens, FL 33410 | - | | | | X | | 1,000.00 | 0.00 1,000.00 |

Sheet **13** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 1,000.00 |
|---|---|
| (Total of this page) | 5,000.00 4,000.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                                    ,        Case No. _____
                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **8734** <br><br> Jodi Zak <br> 796 Blee Grove Lane <br> West Palm Beach, FL 33411 | - | | | | X | | 1,500.00 | 0.00 <br><br> 1,500.00 |
| Account No. **8461** <br><br> Jodie Wagner <br> 8129 Bautista Way <br> Palm Beach Gardens, FL 33418 | - | | | | X | | 1,000.00 | 900.00 <br><br> 100.00 |
| Account No. **8466** <br><br> Julia Bloom <br> 2 Ceann Court <br> Palm Beach Gardens, FL 33418 | - | | | | X | | 1,300.00 | 0.00 <br><br> 1,300.00 |
| Account No. **8819** <br><br> Lien Pham <br> 3007 Beresford Road West <br> West Palm Beach, FL 33417 | - | | | | X | | 1,000.00 | 0.00 <br><br> 1,000.00 |
| Account No. **8944** <br><br> Lisa Bond <br> 1715 Funston Street <br> #2 <br> Hollywood, FL 33020 | - | | | | X | | 1,500.00 | 0.00 <br><br> 1,500.00 |

Sheet __14__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 900.00
(Total of this page): 6,300.00    5,400.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.**                                      ,          Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **8843** <br><br> **Lori Kite** <br> **9206 150th Court North** <br> **Boca Raton, FL 33487** | | - | | | X | | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. <br><br> **Mark Govrin** <br> **3 Brighton Court** <br> **Palm Beach Gardens, FL 33418** | | - | | | | | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |
| Account No. **8436** <br><br> **Michelle Schofield** <br> **16700 West Glasgow Dr** <br> **Loxahatchee, FL 33470** | | - | | | X | | | | 0.00 |
| | | | | | | | | 1,500.00 | 1,500.00 |
| Account No. **8516** <br><br> **Monique Smith** <br> **8300 NW 24th Street** <br> **Pompano Beach, FL 33065** | | - | | | X | | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8856** <br><br> **Nicole Mills** <br> **3255 Florida Boulevard** <br> **Palm Beach Gardens, FL 33410** | | - | | | X | | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |

Sheet __15__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 4,500.00 | 4,500.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **8877** | | | | | | | | | |
| Nicole Trammell 1893 Hollyhock Road West Palm Beach, FL 33414 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8259** | | | | | | | | | |
| Patti Shawhan 123 Bellezza Terrace West Palm Beach, FL 33411 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,500.00 | 1,500.00 |
| Account No. **8746** | | | | | | | | | |
| Randi Tessler 930 Meadow Avenue West Palm Beach, FL 33414 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8834** | | | | | | | | | |
| Richard Youngman 3220 Holiday Spyglass Boulevard #211 Pompano Beach, FL 33063 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8357** | | | | | | | | | |
| Ruth Larkin 9604 Capendon Avenue Palm Beach Gardens, FL 33418 | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,500.00 | 1,500.00 |

Sheet __16__ of __19__ continuation sheets attached to                                    Subtotal                    | 0.00
Schedule of Creditors Holding Unsecured Priority Claims                    (Total of this page)                    | 6,000.00 | 6,000.00

B6E (Official Form 6E) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.** _____ ,   Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **8040** | | | | | | | | | |
| Scott Goldberg 10289 Hunt Club Lane Palm Beach Gardens, FL 33418 | | - | | | | X | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8807** | | | | | | | | | |
| Shirley Dorsainvil 10472 Trianon Place West Palm Beach, FL 33414 | | - | | | | X | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8506** | | | | | | | | | |
| Sonya Toney 8389 White Egret Way Lake Worth, FL 33467 | | - | | | | X | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. **8520** | | | | | | | | | |
| Stephanie Duran 3780 North Jog #202 West Palm Beach, FL 33411 | | - | | | | X | | | 0.00 |
| | | | | | | | | 1,300.00 | 1,300.00 |
| Account No. **8432** | | | | | | | | | |
| Tammi Graff 4148 S.E. Jacarnda Street Stuart, FL 34997 | | - | | | | X | | | 0.00 |
| | | | | | | | | 500.00 | 500.00 |

Sheet **17** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,800.00 | 4,800.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **8156** | | | | | | | | | |
| Theresa Falotico 10304 Pippin Lane West Palm Beach, FL 33411 | | - | | | | X | | 2,457.00 | 32.00 2,425.00 |
| Account No. **8223** | | | | | | | | | |
| Tiffany Paige 16190 68th Street North Loxahatchee, FL 33470 | | - | | | | X | | 1,000.00 | 0.00 1,000.00 |
| Account No. **8542** | | | | | | | | | |
| Toni McCauley 7225 Brunswick Circle Boynton Beach, FL 33472 | | - | | | | X | | 1,000.00 | 0.00 1,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| Sheet __18__ of __19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 32.00 4,425.00 |
|---|---|---|
| | | 4,457.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.**                                        ,    Case No. _____

                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **FL Dept of Revenue** **5050 W. Tennessee St** **Tallahassee, FL 32399** | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **Internal Revenue Service** **Attn: Special Procedures** **P.O. Box 34045** **Stop 572** **Jacksonville, FL 32202** | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **Internal Revenue Service** **P.O. Box 105017** **Atlanta, GA 30348-5017** | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **19** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| | 0.00 | 0.00 |
| Total | | 11,587.50 |
| (Report on Summary of Schedules) | 136,673.71 | 125,086.21 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Ironhorse Country Club, Inc.**                                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 7562037-001<br><br>**Adams Remco<br>c/o Max Davis<br>Post Office Box 740423<br>Atlanta, GA 30374** | - | | | | **2/14/2208<br>Savin copier C4540sp** | | | | **Unknown** |
| Account No. 52978114<br><br>**Adams Remco<br>Post Office Box 740423<br>Atlanta, GA 30374** | | | | | **11/11/2009** | | | | **1,049.84** |
| Account No. 527872<br><br>**AM&E, Inc.<br>606 South Hacienda Drive<br>Tempe, AZ 85281-2988** | - | | | | **11/17/09** | | | | **66.28** |
| Account No. 8450<br><br>**American Association of Women<br>140 Ocean Pines Terrace<br>Jupiter, FL 33477** | - | | | | | | X | | **500.00** |
| __36__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **1,616.12** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    S/N:40549-091201    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Ironhorse Country Club, Inc._____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5609079623** <br><br> **Amerigas** <br> **Post Office Box 105018** <br> **Atlanta, GA 30348** | | - | | **11/24/2009** | | | | 1,202.94 |
| Account No. <br><br> **Aqua Soft Water Systems** <br> **220 Business Park Way** <br> **West Palm Beach, FL 33411** | | - | | | | | | 55.50 |
| Account No. **6425093** <br><br> **Aramark** <br> **Post Office Box 224** <br> **Opa Locka, FL 33054** | | - | | **11/26/09-12/16/09** | | | | 1,439.03 |
| Account No. <br><br> **Arthur Berman** <br> **118 Abondance Drive** <br> **Palm Beach Gardens, FL 33410** | | - | | **Resigned equity membership** | X | | | 15,000.00 |
| Account No. **13449382** <br><br> **Ashworth c/o Taylor Made** <br> **5545 Fermi Court** <br> **Carlsbad, CA 92008** | | - | | **11/3/09, 11/12/2009** | | | | 1,357.29 |

Sheet no. __1___ of __36___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          19,054.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **025318** <br><br> **Atlantic Coast Fire Equipment** <br> **3123 NW 73rd Street** <br> **Miami, FL 33147** | - | | | 11/12/2009 | | | | 649.00 |
| Account No. **618469** <br><br> **Bag Boy Co.** <br> **Post Office Box 791354** <br> **Baltimore, MD 21279-1354** | - | | | 11/17/2009 | | | | 790.06 |
| Account No. <br><br> **Bill Jenner** <br> **8292 Bob O Link Drive** <br> **West Palm Beach, FL 33412** | - | | | Resigned equity membership | | X | | 10,500.00 |
| Account No. <br><br> **BMI General Licensing** <br> **Post Office Box 406741** <br> **Atlanta, GA 30384-6741** | - | | | | | | | 1,012.50 |
| Account No. <br><br> **Bob Raimondo** <br> **7427 Ironhorse Boulevard** <br> **West Palm Beach, FL 33412** | - | | | Resigned equity membership | | X | | 8,000.00 |

Sheet no. __2__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,951.56

B6F (Official Form 6F) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1R1101**<br><br>**Boss Refrigeration**<br>**Post Office Box 1910**<br>**2581 Jupiter Park Drive**<br>**Suite F3**<br>**Jupiter, FL 33468** | - | | **8/15/2008**<br>**Ice Machine Lease - Kitchen** | | | | **Unknown** |
| Account No. **1R1101**<br><br>**Boss Refrigeration**<br>**Post Office Box 1910**<br>**2581 Jupiter Park Drive**<br>**Suite F3**<br>**Jupiter, FL 33468** | - | | **12/4/2000**<br>**Ice Machine Lease - Golf Course** | | | | **Unknown** |
| Account No.<br><br>**Bruce Wigder**<br>**326 Mingo Way**<br>**Loudon, TN 37774** | - | | **Resigned equity membership** | X | | | **28,000.00** |
| Account No.<br><br>**Bryan Automotive**<br>**1400 Avenue E**<br>**West Palm Beach, FL 33404** | - | | | | | | **506.81** |
| Account No.<br><br>**Buddy Shapiro**<br>**8385 Ironhorse Court**<br>**West Palm Beach, FL 33412** | - | | **Resigned equity membership** | X | | | **28,000.00** |

Sheet no. __**3**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**56,506.81**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **C&H Landscape Contractors** <br> **1300 D Road** <br> **Loxahatchee, FL 33470** | - | | | | | | | 300.00 |
| Account No. **920096143** <br><br> **Callaway Golf** <br> **2180 Rutherford Road** <br> **Carlsbad, CA 92008** | - | 11/9/2009 | | | | | | 471.60 |
| Account No. <br><br> **Canam Golf Group LLC** <br> **551 South Pompano Parkway** <br> **Suite A** <br> **Pompano Beach, FL 33069** | - | | | | | | | 10.00 |
| Account No. <br><br> **Certified Laboratories** <br> **23261 Network Place** <br> **Chicago, IL 60673-1232** | - | | | | | | | 243.30 |
| Account No. <br><br> **Charles Steiner** <br> **6680 Oakmont Way** <br> **West Palm Beach, FL 33412** | - | Resigned equity membership | | | X | | | 28,000.00 |

Sheet no. __4__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    29,024.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Charles Yorkie** <br>**7634 Ironhorse Boulevard** <br>**West Palm Beach, FL 33412** | | - | | **Resigned equity membership** | X | | | 13,000.00 |
| Account No. **1149997** <br><br>**Cheney Brothers Inc.** <br>**One Cheney Way** <br>**Riviera, FL 33404** | | - | | 11/11/09 - 11/28/09 | | | | 13,551.02 |
| Account No. **164704** <br><br>**CIT** <br>**P.O. Box 1036** <br>**Charlotte, NC 28201** | | - | | 11/18/09 | | | | 83.75 |
| Account No. **27646106** <br><br>**City of West Palm Beach** <br>**P.O. Box 303000** <br>**Tampa, FL 33630** | | - | | 11/23/09 | | | | 4,390.75 |
| Account No. <br><br>**Clear Pool Maintenance** <br>**P.O. Box 524** <br>**Jupiter, FL 33468** | | - | | 11/1/09 - 12/1/09 | | | | 1,105.26 |

Sheet no. __5__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                32,130.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.** _____ ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3067299** | | 11/11/09 - 11/14/09 | | | | | | |
| **Cleveland Golf / Srixon** **P.O. Box 7270** **Newport Beach, CA 92658** | - | | | | | | | 1,723.29 |
| Account No. **103256** | | 11/20/09 | | | | | | |
| **CMC Golf Inc.** **15695 North 83rd Way** **Scottsdale, AZ 85260** | - | | | | | | | 247.30 |
| Account No. **084280** | | 11/19/09 - 11/29/09 | | | | | | |
| **Cod & Capers** **4128 PGA Blvd.** **Palm Beach Gardens, FL 33410** | - | | | | | | | 839.46 |
| Account No. | | | | | | | | |
| **Commercial Sound & Design** **2050 North Andrews Avenue** **Suite 101** **Pompano Beach, FL 33069** | - | | | | | | | 49.78 |
| Account No. | | | | | | | | |
| **Como Oil Company of Florida** **Post Office Box 386** **Palm City, FL 34991** | - | | | | | | | 2,050.45 |

Sheet no. **6** of **36** sheets attached to Schedule of          Subtotal           | 4,910.28 |
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Ironhorse Country Club, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Comp Options Insurance Company** | - | | | | | | | 2,835.75 |
| Account No. 869835<br><br>**Cusano's Bakery**<br>**213 NW 4th Ave**<br>**Hallandale, FL 33009** | - | | | 11/12/09 - 11/25/09 | | | | 672.46 |
| Account No. 91678432<br><br>**Cutter & Buck**<br>**P.O. Box 34855**<br>**Seattle, WA 98124** | - | | | 10/26/09 - 11/16/09 | | | | 4,137.05 |
| Account No.<br><br>**Daniel Dias**<br>**3218 West Obispo Street**<br>**Tampa, FL 33629** | - | | | Resigned equity membership | X | | | 5,000.00 |
| Account No.<br><br>**David Kudler Pinzler**<br>**7911 Preserve Drive**<br>**West Palm Beach, FL 33412** | - | | | Resigned equity membership | X | | | 33,000.00 |

Sheet no. __7__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,645.26

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Resigned equity membership | | | | |
| David Ross 7790 Fairway Lane West Palm Beach, FL 33412 | - | | | | X | | | 3,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| David Weissman 7750 North Tall Oaks Drive Park City, UT 84098 | - | | | | X | | | 25,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| Dennis Rupert 7811 Preserve Drive West Palm Beach, FL 33412 | - | | | | X | | | 28,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| Donald Stoltzner 7918 Fairway Lane West Palm Beach, FL 33412 | - | | | | X | | | 38,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| Dorothy Davis 8268 Bob O Link Drive West Palm Beach, FL 33412 | - | | | | X | | | 5,000.00 |

Sheet no. __8__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **99,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **427222** | | **11/18/09** | | | | | | | |
| **Eastern Pacific Apparel, Inc.** **P.O. Box 72** **Brattleboro, VT 05302-0072** | - | | | | | | | | 767.35 |
| Account No. | | Resigned equity membership | | | | | | | |
| **Edward Lustig** **80554 Avenida Santa Marta** **Indio, CA 92203** | - | | | | | | X | | 33,000.00 |
| Account No. | | | | | | | | | |
| **Edwin Golf Shops** **3889 Northlake Boulevard** **West Palm Beach, FL 33403** | - | | | | | | | | 49.33 |
| Account No. | | Resigned equity membership | | | | | | | |
| **Elliott Mansour Charest** **7875 Fairway Lane** **West Palm Beach, FL 33412** | - | | | | | | X | | 10,000.00 |
| Account No. | | Resigned equity membership | | | | | | | |
| **Emory Richardson** **7959 Ironhorse Boulevard** **West Palm Beach, FL 33412** | - | | | | | | X | | 3,000.00 |

Sheet no. __**9**___ of __**36**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        46,816.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.**
_____,      Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **05FS334**<br><br>**Energy Control Systems**<br>**2940-A Cole Court**<br>**Norcross, GA 30071** | - | | **4/12/2005**<br>**Central Energy Management Controller, Software & Hardware** | | | | **Unknown** |
| Account No. **077688**<br><br>**Evergreen Produce, Inc.**<br>**5403 N. Haverhill Rd**<br>**#231**<br>**West Palm Beach, FL 33407** | - | | **11/19/09 - 11/27/09** | | | | **3,976.88** |
| Account No.<br><br>**Flatiron Capital**<br>**PO Box 17600**<br>**Denver, CO 80217-0600** | - | | | | | | **15,534.61** |
| Account No. **013603**<br><br>**Florida Turf Support, Inc.**<br>**14636 Mirasol Manor Court**<br>**Tampa, FL 33626** | - | | **11/25/09** | | | | **1,854.17** |
| Account No. **3501809**<br><br>**Floridas Finest Linens**<br>**2610 Orange Avenue**<br>**Fort Pierce, FL 34947** | - | | **11/10/09 - 11/24/09** | | | | **1,920.20** |

Sheet no. __**10**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **23,285.86**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                                           ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Foley**<br>**136 Chota Landing Drive**<br>**Loudon, TN 37774** | | - | | **Resigned equity membership** | | X | | **25,500.00** |
| Account No. **5894455**<br><br>**Foot Joy Drawer CS**<br>**P.O. Box 532419**<br>**Charlotte, NC 28290-2419** | | - | | **11/12/09** | | | | **173.40** |
| Account No. **44317155**<br><br>**Ford Motor Credit**<br>**P.O. Box 105697**<br>**Atlanta, GA 30348-5497** | | - | | **10/17/2008**<br>**2008 Ford F150** | | | | **Unknown** |
| Account No.<br><br>**Frank DeRaffele**<br>**8268 Bob O Link Drive**<br>**West Palm Beach, FL 33412** | | - | | **Resigned equity membership** | | X | | **23,000.00** |
| Account No. **5435149001**<br><br>**GE Capital**<br>**Post Office Box 536447**<br>**Atlanta, GA 30353** | | - | | **10/30/2006**<br>**60 - Electric Golf Carts; 1 - Club Car** | | | | **Unknown** |

Sheet no. __11__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**48,673.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                                      ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **70689501** | | | | 12/1/09 | | | | |
| **GE Capital** **P.O. Box 6229** **Carol Stream, IL 60197-6229** | - | | | | | | | |
| | | | | | | | | 3,945.00 |
| Account No. | | | | Resigned equity membership | | | | |
| **Gene Frans** **8294 Bob O Link Drive** **West Palm Beach, FL 33412** | - | | | | | X | | |
| | | | | | | | | 25,500.00 |
| Account No. | | | | Resigned equity membership | | | | |
| **Gene Nethery** **4 Avenue F** **Marathon, FL 33050** | - | | | | | X | | |
| | | | | | | | | 28,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| **George Findell** **6778 Oakmont Way** **West Palm Beach, FL 33412** | - | | | | | X | | |
| | | | | | | | | 13,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| **Gertulla** **3507 Greenway Drive** **Jupiter, FL 33458** | - | | | | | X | | |
| | | | | | | | | 25,000.00 |

Sheet no. __12__ of __36__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)      **95,445.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.** _____ ,    Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **008911** <br><br> **Gilberti** <br> **13247 SW Citrus Blvd.** <br> **# 11** <br> **Indiantown, FL 34956** | | - | 11/9/09 | | | | 278.25 |
| Account No. <br><br> **Glen Echo Golf Wear** <br> **75 Knickerbocker Road** <br> **Moonachie, NJ 07074** | | - | | | | | 2.50 |
| Account No. **024488** <br><br> **Global Golf Sales, Inc.** <br> **12233 SW 55th St.** <br> **Fort Lauderdale, FL 33330** | | - | 11/19/09 | | | | 82.85 |
| Account No. <br><br> **Greg Norman Collection** <br> **Post Office Box 601898** <br> **Charlotte, NC 28260-1898** | | - | | | | | 1,034.20 |
| Account No. <br><br> **Gregory White** <br> **6512 North Central Avenue** <br> **Sea Isle City, NJ 08243** | | - | Resigned equity membership | X | | | 30,000.00 |
| Sheet no. **13** of **36** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 31,397.80 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Harold Phillips<br>3341 Bracmar Court<br>Keswick, VA 22947 | | - | | | Resigned equity membership | X | | | 33,000.00 |
| Account No. 236161<br><br>Hector<br>1301 NW 3rd Street<br>Deerfield Beach, FL 33442 | | - | | | 11/2/09 - 11/18/09 | | | | 3,727.10 |
| Account No. 002274<br><br>Home Depot Credit Services<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | | - | | | 11/20/09 | | | | 310.99 |
| Account No.<br><br>Howard Tingling<br>7980 Fairway Lane<br>West Palm Beach, FL 33412 | | - | | | Resigned equity membership | X | | | 28,000.00 |
| Account No. 777500<br><br>Imperial Headware, Inc.<br>1086 Paysphere Circle<br>Chicago, IL 60674 | | - | | | 11/23/09 | | | | 1,146.48 |

Sheet no. __14__ of __36__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)        66,184.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.**                                          ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Imperial Premium Finance, Inc. Box 9045 New York, NY 10087 | - | | | | | | | | 64.04 |
| Account No. 112974 | | | | | 8/28/2007 Telephone Axxess Equipment/Software and Hardware | | | | |
| Intertel Leasing, Inc. Post Office Box 973105 Dallas, TX 75397-3105 | - | | | | | | | | Unknown |
| Account No. | | | | | Resigned equity membership | | | | |
| Jack E. Reisman 8272 Bob O Link Drive West Palm Beach, FL 33412 | - | | | | | X | | | 15,500.00 |
| Account No. | | | | | Resigned equity membership | | | | |
| James Lynch 8210 Cypress Point Road West Palm Beach, FL 33412 | - | | | | | X | | | 13,000.00 |
| Account No. | | | | | Resigned equity membership | | | | |
| James McGrath 615 Bayshore Drive Fort Lauderdale, FL 33304 | - | | | | | X | | | 25,000.00 |

Sheet no. __15__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **53,564.04**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Ironhorse Country Club, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Resigned equity membership | | X | | |
| Jim Chickow 8180 Cypress Point Road West Palm Beach, FL 33412 | | | | | | | | 9,666.00 |
| Account No. | | - | | Resigned equity membership | | X | | |
| Joel Jevotovsky 8198 Cypress Point Road West Palm Beach, FL 33412 | | | | | | | | 13,000.00 |
| Account No. 004036 | | - | | 11/17/09 | | | | |
| Jofit LLC 1800 Mearns Rd Unit HH Warminster, PA 18974 | | | | | | | | 371.78 |
| Account No. | | - | | Resigned equity membership | | X | | |
| John Antonio 10204 Crosby Place Port Saint Lucie, FL 34986 | | | | | | | | 28,000.00 |
| Account No. | | - | | Resigned equity membership | | X | | |
| John Gillies 627 Shady Creek Drive Lafayette, IN 47905 | | | | | | | | 5,000.00 |

Sheet no. __16__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 56,037.78 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.** _____,  Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Resigned equity membership | | | | |
| John Harry 7624 Preserve Drive West Palm Beach, FL 33412 | | - | | | | X | | 28,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| John Jones 7861 Preserve Drive West Palm Beach, FL 33412 | | - | | | | X | | 9,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| John Zurek 1023 Shady Lake Circle Palm Beach Gardens, FL 33418 | | - | | | | X | | 13,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| Joseph Gries 8593 Doverbrook Drive Palm Beach Gardens, FL 33410 | | - | | | | X | | 33,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| Joseph Grow Post Office Box 698 PA 19400 | | - | | | | X | | 38,000.00 |

Sheet no. __17__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   121,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                                                      ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**K. Bell** <br>**215 South Douglas Street** <br>**El Segundo, CA 90245-6037** | - | | | | | | 371.78 |
| Account No. <br><br>**KDT Solutions, inc.** <br>**1256 5th Street** <br>**West Palm Beach, FL 33409** | - | | | | | | 270.51 |
| Account No. **2+6069** <br><br>**Kilpatrick Turf Equipment** <br>**7700 High Ridge Road** <br>**Boynton Beach, FL 33462** | - | | 11/16/09 | | | | 623.10 |
| Account No. <br><br>**Kim Gandhi** <br>**8009 Fairway Lane** <br>**West Palm Beach, FL 33412** | - | | Resigned equity membership | X | | | 13,000.00 |
| Account No. **4075910260** <br><br>**Leegin Creative Leather Prod., Inc.** <br>**P.O. Box 406** <br>**La Puente, CA 91747** | - | | 11/10/09-11/26/09 | | | | 607.62 |

Sheet no. __18__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,873.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Resigned equity membership | | X | | |
| Leonard McCoy 3371 Ironworks Road Lexington, KY 40511 | | | | | | | | 25,500.00 |
| Account No. | | - | | Resigned equity membership | | X | | |
| Leonard Osman 7754 Ironhorse Boulevard West Palm Beach, FL 33412 | | | | | | | | 13,000.00 |
| Account No. | | - | | Resigned equity membership | | X | | |
| Lester Kaye 31 McGregor Drive Southampton, NY 11968 | | | | | | | | 43,000.00 |
| Account No. **8090** | | - | | | | X | | |
| Life Line Screening 5400 Transportation Boulevard Cleveland, OH 44125 | | | | | | | | 200.00 |
| Account No. | | - | | | | | | |
| Light Bulbs Unlimited 4275 Okeechobee Blvd. Store E West Palm Beach, FL 33409 | | | | | | | | 447.30 |

Sheet no. __19__ of __36__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)          82,147.30

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Resigned equity membership | | | | |
| Louis Nappi 156 Townsend Avenue Pelham Manor, NH 10803 | | - | | | | | X | | 10,000.00 |
| Account No. | | | | | Resigned equity memebership | | | | |
| Marian DiStasio 8170 Bob O Link Drive West Palm Beach, FL 33412 | | - | | | | | X | | 25,500.00 |
| Account No. | | | | | Resigned equity membership | | | | |
| Marietje Condron 7925 Preserved Drive West Palm Beach, FL 33412 | | - | | | | | X | | 30,577.00 |
| Account No. | | | | | Resigned equity membership | | | | |
| Marjori Petter-Kolb 8472 Ironhorse Court West Palm Beach, FL 33412 | | - | | | | | X | | 38,000.00 |
| Account No. | | | | | Resigned equity membership | | | | |
| Mark Goldman 409 Washington Street #391 Hoboken, NJ 07030 | | - | | | | | X | | 30,000.00 |

Sheet no. __20__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

134,077.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**  , Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Resigned equity membership | | | | |
| Mark Peters 8000 Portofino Circle Apartment 12 Palm Beach Gardens, FL 33418 | | - | | | X | | | 28,000.00 |
| Account No. | | | | Resigned equity membership | | | | |
| Mary Jo Roth 242 Montant Drive Palm Beach Gardens, FL 33418 | | - | | | X | | | 30,000.00 |
| Account No. | | | | | | | | |
| Max Davis Associates Post Office Box 3935 South Bend, IN 46619-0935 | | - | | | | | | 299.27 |
| Account No. | | | | | | | | |
| McGowen Displays, Inc. 3570 Consumer Street West Palm Beach, FL 33404 | | - | | | | | | 129.07 |
| Account No. | | | | Resigned equity membership | | | | |
| Michael Entler (Masselli) 2 Parcher Avenue Old Orchard Beach, ME 04064 | | - | | | X | | | 28,000.00 |

Sheet no. __21__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          86,428.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.**                                        ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Resigned equity membership | | | | |
| Michael Turner 7773 Preserve Drive West Palm Beach, FL 33412 | | | | | X | | | 28,000.00 |
| Account No. | | - | | Resigned equity membership | | | | |
| Michael Weiss 14 Doti Court Huntington, NY 11743 | | | | | X | | | 22,500.00 |
| Account No. | | - | | Resigned equity membership | | | | |
| Mike Fegan 7973 Preserve Drive West Palm Beach, FL 33412 | | | | | X | | | 13,000.00 |
| Account No. | | - | | Resigned equity membership | | | | |
| Mitchell Wollman 7578 Ironhorse Boulevard West Palm Beach, FL 33412 | | | | | X | | | 38,000.00 |
| Account No. **620158** | | - | | 11/15/09 | | | | |
| Mitel Leasing P.O. Box 73105 Dallas, TX 75397 | | | | | | | | 1,446.99 |

Sheet no. __22__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **102,946.99**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ironhorse Country Club, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. #'s 2, 3, 4 & 5 | | | | 9/2009-12/2009 | | | | |
| Mr. & Mrs. David Parkes 125 Clearview Ave Ottowa, Ontario Canada, K1Y4X6 | | - | | | X | X | | 11,503.20 |
| Account No. | | | | Resigned equity membership | | | | |
| Muriel Wagner 7 Moorings Lane Salem, SC 29676 | | - | | | X | | | 22,500.00 |
| Account No. | | | | Resigned equity membership | | | | |
| Nancy Bernard 8296 Bob O Link Drive West Palm Beach, FL 33412 | | - | | | X | | | 25,500.00 |
| Account No. 032930 | | | | 11/19/09 | | | | |
| Navika USA, Inc. 6 Journey Suite # 375 Aliso Viejo, CA 92656 | | - | | | | | | 122.13 |
| Account No. 8204 | | | | | | | | |
| Oakwood Center Golf 1041 45th Street West Palm Beach, FL 33407 | | - | | | X | | | 1,800.00 |

Sheet no. __23__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    61,425.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Paetec** <br> **Post Office Box 1283** <br> **Buffalo, NY 14240** | - | | | | | | 1,464.75 |
| Account No. **8145** <br><br> **Palm Beach Central High School** <br> **8499 West Forest Hill Boulevard** <br> **West Palm Beach, FL 33411** | - | | | | X | | 1,000.00 |
| Account No. **9635130** <br><br> **Palm Beach Post Newspaper** <br> **P.O. Box 24694** <br> **West Palm Beach, FL 33416** | - | | 10/31/2009 | | | | 5,025.30 |
| Account No. <br><br> **Paul Bakken** | - | | | | | | 60.07 |
| Account No. <br><br> **Paul Levine** <br> **7160 Tradition Cove Lane East** <br> **West Palm Beach, FL 33412** | - | | Resigned equity membership | | X | | 10,000.00 |

Sheet no. __24__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **17,550.12**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.** _____ ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Resigned equity membership | X | | | |
| Paula Weiss 7411 Ironhorse Boulevard West Palm Beach, FL 33412 | | | | | | | | 33,000.00 |
| Account No. 791832403 | | - | | 11/13/2009 - 12/18/09 | | | | |
| Pepsiamericas 75 Remittance Dr Suite 1884 Chicago, IL 60675 | | | | | | | | 1,332.67 |
| Account No. 019410 | | - | | 12/1/2009 | | | | |
| Perfect Wedding Guide of Ft Lauderdale 102 NE 2nd Street #271 Boca Raton, FL 33432 | | | | | | | | 685.00 |
| Account No. | | - | | Resigned equity membership | X | | | |
| Peter Yeutter 1308 Mallard Lane Millville, NJ 08332 | | | | | | | | 30,000.00 |
| Account No. 017122 | | - | | 11/16/2009 - 12/16/09 | | | | |
| Pilgrim Mat Services P.O. Box 1093 Tucker, GA 30085 | | | | | | | | 607.14 |

Sheet no. __25__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          65,624.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                                    ,          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **003362, 018360, 021954, 022879** <br><br> **Ping, Inc.** <br> **P.o. Box 52450** <br> **Phoenix, AZ 85072** | - | | | | | | **2,251.58** |
| Account No. **2213007** <br><br> **Pitney Bowes** <br> **2225 American Drive** <br> **Neenah, WI 54956** | - | | 3/6/2008 <br> Lease stamp machine | | | | **Unknown** |
| Account No. **001283, 001295, 001313** <br><br> **Plant Health Solutions** <br> **P.O. Box 102** <br> **Loxahatchee, FL 33470** | - | | | | | | **6,868.19** |
| Account No. **678486** <br><br> **Plasco, Inc.** <br> **1501 NW 163rd Street** <br> **Miami, FL 33169** | - | | 11/11/2009 | | | | **115.91** |
| Account No. **404835, 405148, 405702** <br><br> **Precision Small Engine** <br> **2510 NS 16th Lane** <br> **Pompano Beach, FL 33064** | - | | | | | | **442.99** |

Sheet no. __26__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **9,678.67**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                                    ,        Case No. _____
                                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Prime Turf**<br>**14200 South Parker Road**<br>**Lockport, IL 60441** | - | | | | | | 125.00 |
| Account No. **022571** <br><br>**Pro Plus Services, Inc.**<br>**P.O. Box 337**<br>**Bowling Green, FL 33834** | - | | | | | | 2,715.98 |
| Account No. <br><br>**R & R Products, Inc.**<br>**3334 East Milber St**<br>**Tucson, AZ 85714** | - | | | | | | 118.22 |
| Account No. <br><br>**Raymond Nordine**<br>**8197 Spyglass Drive**<br>**West Palm Beach, FL 33412** | - | | Resigned equity membership | | X | | 25,000.00 |
| Account No. <br><br>**Renato Alcalde**<br>**8422 Ironhorse Court**<br>**West Palm Beach, FL 33412** | - | | Resigned equity membership | | X | | 5,413.00 |

Sheet no. __27__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,372.20

B6F (Official Form 6F) (12/07) - Cont.

In re __Ironhorse Country Club, Inc._____ ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **000414** <br><br> **Rentokil Pest Control** <br> **P.O. Box 13848** <br> **Reading, PA 19612-3848** | - | | | **11/13/2009** | | | | 858.34 |
| Account No. **6423380** <br><br> **Rexel Consolidated** <br> **6861 Garden Rd** <br> **Riviera Beach, FL 33404** | - | | | **11/23/2009** | | | | 18.53 |
| Account No. <br><br> **Richard Evans** <br> **8191 Cypress Point Road** <br> **West Palm Beach, FL 33412** | - | | | **Resigned equity membership** | X | | | 8,000.00 |
| Account No. <br><br> **Risk Compliance, Inc.** <br> **Post Office Box 1941** <br> **Hobe Sound, FL 33475-1941** | - | | | | | | | 175.00 |
| Account No. <br><br> **Robert Annand** <br> **8310 Bob O Link Drive** <br> **West Palm Beach, FL 33412** | - | | | **Resigned equity membership** | X | | | 33,000.00 |

Sheet no. __28__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    42,051.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.** ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Resigned equity membership | | | | |
| Robert Irene 8469 Ironhorse Court West Palm Beach, FL 33412 | | | | | X | | | |
| | | | | | | | | 18,901.00 |
| Account No. | | - | | Resigned equity membership | | | | |
| Ron Greschner 8389 Ironhorse Court West Palm Beach, FL 33412 | | | | | X | | | |
| | | | | | | | | 28,000.00 |
| Account No. | | - | | Resigned equity membership | | | | |
| Ron Kahn 16 Village Drive Trumbull, CT 06611 | | | | | X | | | |
| | | | | | | | | 35,500.00 |
| Account No. | | - | | Resigned equity membership | | | | |
| Roy Cacciaguada 7780 Ironhorse Boulevard West Palm Beach, FL 33412 | | | | | X | | | |
| | | | | | | | | 10,500.00 |
| Account No. 57658778 | | - | | 11/19/2009 | | | | |
| S & D Coffee, Inc. P.O. Box 1628 Concord, NC 28026 | | | | | | | | |
| | | | | | | | | 498.74 |

Sheet no. __29__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        93,399.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ironhorse Country Club, Inc.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Sam's Club** **Post Office Box 530981** **Atlanta, GA 30353** | | | | | | | | 675.27 |
| Account No. | | - | | Resigned equity membership | | X | | |
| **Sammy Zattair** **8279 Bob O Link Drive** **West Palm Beach, FL 33412** | | | | | | | | 10,392.00 |
| Account No. | | - | | Resigned equity membership | | X | | |
| **Saul Ziner** **61 Walden Pond Drive** **Nashua, NH 03064** | | | | | | | | 33,000.00 |
| Account No. | | - | | | | | | |
| **SCNS, Inc.** | | | | | | | | 194.40 |
| Account No. | | - | | Resigned equity membership | | X | | |
| **Sergio Bochese** **7761 Preserve Drive** **West Palm Beach, FL 33412** | | | | | | | | 13,000.00 |

Sheet no. __30__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                57,261.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.**                                        ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sesac, Inc. Post Office Box 331069 Nashville, TN 37203-9920 | - | | | | | | | 181.90 |
| Account No. | | | | Resigned equity membership | | | | |
| Sewell Wilson Post Office Box 2009 New Castle, NH 03854 | - | | | | X | | | 25,000.00 |
| Account No. | | | | | | | | |
| Show Turf, Inc. 1365 Neptune Drive Boynton Beach, FL 33426 | - | | | | | | | 365.06 |
| Account No. | | | | | | | | |
| Sport-Haley, Inc. 4600 East 48th Avenue Denver, CO 80216 | - | | | | | | | 766.54 |
| Account No. | | | | | | | | |
| Srixon Sports USA, Inc. Post Office Box 7270 Newport Beach, CA 92658-7270 | - | | | | | | | 398.38 |

Sheet no. __31__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,711.88

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.**                                   ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. 8014038821 | | 11/21/2009 | | | | | | |
| Staples Business Advantage Dept ATL P.O. Box 405386 Atlanta, GA 30384 | - | | | | | | | 146.24 |
| Account No. 911120528, 40553, 90763 | | | | | | | | |
| Sysco Food Services So. FL 1999 ML King Blvd Riviera Beach, FL 33404 | - | | | | | | | 10,308.70 |
| Account No. 014891 | | 11/22/2009 | | | | | | |
| T Time Designs, Inc. P.O. Box 295 Rushville, IN 46173 | - | | | | | | | 191.10 |
| Account No. | | | | | | | | |
| Taylormade-Adidas Golf Co. Post Office Box 406043 Atlanta, GA 30384-6043 | - | | | | | | | 56.75 |
| Account No. 098986 | | 11/11/2009 | | | | | | |
| Tennis Supply 10 S 1400 NW 13th Ave Pompano Beach, FL 33069 | - | | | | | | | 782.75 |

Sheet no. __32__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,485.54**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ironhorse Country Club, Inc.**                                      ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**The Hamlet Country Club** <br>**3600 Hamlet Drive** <br>**Delray Beach, FL 33445** | - | | | | | | 340.81 |
| Account No. **1178458, 1186428, 1192707** <br><br>**Titleist Drawer** <br>**P.O. Box 532402** <br>**Charlotte, NC 28290** | - | | | | | | 1,260.75 |
| Account No. <br><br>**Tom Lover** <br>**7739 Ironhorse Boulevard** <br>**West Palm Beach, FL 33412** | - | | Resigned equity membership | X | | | 28,000.00 |
| Account No. <br><br>**Total Compliance Network** <br>**5540 N.W. 33rd Ave.** <br>**Suite #106** <br>**Fort Lauderdale, FL 33309** | - | | | | | | 35.00 |
| Account No. <br><br>**Tyge Hansen** <br>**8264 Spyglass Drive** <br>**West Palm Beach, FL 33412** | - | | Resigned equity membership | X | | | 43,000.00 |

Sheet no. __33__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,636.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                         ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **20018669**<br><br>**Tygris (US Express Leasing)**<br>**Dept 1608**<br>**Denver, CO 80291-1608** | - | | **1/12/2007**<br>**Ricoh Aficio 2232** | | | | **Unknown** |
| Account No.<br><br>**Ultra Marketing, Inc.**<br>**13250 St. Tropez Circle**<br>**Palm Beach Gardens, FL 33410** | - | | | | | | **144.73** |
| Account No.<br><br>**United Parcel Service**<br>**Post Office Box 7247-0244**<br>**Philadelphia, PA 19170** | - | | | | | | **26.23** |
| Account No. **824047**<br><br>**US Kids Golf**<br>**P.O. Box 105334**<br>**Atlanta, GA 30321** | - | | **11/24/2009** | | | | **98.28** |
| Account No. **43714344**<br><br>**USGA**<br>**Club Membership**<br>**P.O. Box 5008**<br>**Hagerstown, MD 21741** | - | | **11/24/2009** | | | | **110.00** |

Sheet no. __**34**__ of __**36**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
                        (Total of this page)    **379.24**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ironhorse Country Club, Inc.**                                              ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3451111** | | | 11/10/2009 | | | | | |
| **Valley Crest Landscape Maintenance** <br> **P.O. Box 404083** <br> **Atlanta, GA 30384** | - | | | | | | | 4,104.00 |
| Account No. | | | | | | | | |
| **Varda Chocolatier** <br> **41 South Spring Street** <br> **Elizabeth, NJ 07201** | - | | | | | | | 147.00 |
| Account No. | | | | | | | | |
| **VGM Financial Services** <br> **1111 West San Marnan Drive** <br> **Waterloo, IA 50701** | - | | | | | | | 2,264.73 |
| Account No. | | | | | | | | |
| **Wells Fargo Equipment Finace, Inc.** <br> **Post Office Box 1450** <br> **Minneapolis, MN 55485** | - | | | | | | | 2,994.11 |
| Account No. **40138161** | | | 10/15/2009 | | | | | |
| **West Coast Trends** <br> **17811 Jamestown Lane** <br> **Huntington Beach, CA 92647** | - | | | | | | | 576.24 |

Sheet no. __35__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,086.08

B6F (Official Form 6F) (12/07) - Cont.

In re **Ironhorse Country Club, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8611** | | | | | | | | |
| **Who's Who in North** **135 Seashore Drive** **Jupiter, FL 33477** | - | | | | X | | | 250.00 |
| Account No. **001173** | | 11/20/2009 | | | | | | |
| **Woogee World** **P.O. Box 748** **Oceanside, CA 92049** | - | | | | | | | 173.25 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __36__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 423.25 |
| | Total (Report on Summary of Schedules) | 1,773,805.20 |

B6G (Official Form 6G) (12/07)

.

In re    **Ironhorse Country Club, Inc.** _____,    Case No. _____

                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Adams Remco**<br>**c/o Max Davis**<br>**Post Office Box 740423**<br>**Atlanta, GA 30374** | **Savin C4540sp** |
| **Alarm Guard**<br>**3965 Investment Lane**<br>**West Palm Beach, FL 33404** | **Fire alarm system monitoring, testing, record keeping** |
| **Amerigas**<br>**7171 Interpace Rd**<br>**West Palm Beach, FL 33407** | **Propane** |
| **Aqua Springs**<br>**540 NW 77th Street**<br>**Boca Raton, FL 33487** | **2 hot/cold water coolers** |
| **Aramark**<br>**Post Office Box 224**<br>**Opa Locka, FL 33054** | **Uniforms for golf course maintenance** |
| **Boss Refrigeration**<br>**2581 Jupiter Park Drive**<br>**Boca Raton, FL 33486** | **Preventative Maintenance** |
| **Boss Refrigeration**<br>**Post Office Box 1910**<br>**2581 Jupiter Park Drive**<br>**Suite F3**<br>**Jupiter, FL 33468** | **1200 lb Manitowoc Ice Machine** |
| **Boss Refrigeration**<br>**Post Office Box 1910**<br>**2581 Jupiter Park Drive**<br>**Suite F3**<br>**Jupiter, FL 33468** | **650 lb ice machine** |
| **Bruce Forepaugh**<br>**1332 13th Terrace**<br>**Palm Beach Gardens, FL 33418** | **Compensation contract** |
| **Clear Pools**<br>**408 Commerce Way**<br>**Suite 1**<br>**Jupiter, FL 33468** | **Monthly Pool Service** |

**3**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Ironhorse Country Club, Inc.**                            ,     Case No. _____

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Commercial Sound**<br>**2050 North Andrews Avenue**<br>**Suite 101**<br>**Pompano Beach, FL 33069** | **Monthly music charges and equipment** |
| **Dell Financial Services**<br>**P.O. Box 5292**<br>**Payment Process Center**<br>**Carol Stream, IL 60197-5292** | **Inspirion 1525** |
| **Dell Financial Services**<br>**P.O. Box 5292**<br>**Payment Process Center**<br>**Carol Stream, IL 60197-5292** | **2-Dell Latitude D820** |
| **Direct TV**<br>**PO Box 60036**<br>**Los Angeles, CA 90060-0036** | **Satellite television** |
| **Energy Control Systems, Inc.**<br>**2940A Cole St.**<br>**Norcross, GA 30071** | **Central Energeny Management Controller, Software, Hardware** |
| **Flatiron Capital**<br>**PO Box 17600**<br>**Denver, CO 80217-0600** | **Finance Agreement Property Insurance** |
| **Florida's Finest Linens**<br>**610 Orange Avenue**<br>**Fort Pierce, FL 34947** | **Restaurant Linens, Towels** |
| **Ford Motor Credit**<br>**P.O. Box 105697**<br>**Atlanta, GA 30348-5497** | **2008 Ford F150** |
| **GE Capital**<br>**Post Office Box 536447**<br>**Atlanta, GA 30353** | **Golf Cart Lease (60 electric golf carts; 1 club car)** |
| **Golf Pac** | **Gold tee time contract** |
| **Home Depot**<br>**Post Office Box 6029**<br>**The Lakes, NV 88901-6029** | **Revolving Credit** |
| **Intertel Leasing, Inc.**<br>**Post Office Box 973105**<br>**Dallas, TX 75397-3105** | **Telephone Access Equipment** |
| **Max Davis**<br>**Post Office Box 3935**<br>**South Bend, IN 46619** | **Copier maintenance agreement** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Ironhorse Country Club, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Oracle Elevator**<br>**2315 Sterling Road**<br>**Fort Lauderdale, FL 33312** | **Elevator service agreement** |
| **Paetec**<br>**Post Office Box 1283**<br>**Buffalo, NY 14240** | **Service agreement for telephone communication** |
| **Pepsi-Cola Gen. Bot.**<br>**75 Remittance Drive**<br>**Suite 1884**<br>**Chicago, IL 60675-1884** | **Vending and fountain equipment** |
| **Pilgrim Mat**<br>**Post Office Box 1093**<br>**Tucker, GA 30085-1093** | **Mats throughout clubhouse** |
| **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956** | **Leased stamp machine** |
| **POA Agreement**<br>**Miami Management**<br>**1201 US Highway 1**<br>**Suite 220**<br>**West Palm Beach, FL 33412** | **Social Membership Revenue** |
| **Rentokil**<br>**Post Office Box 13848**<br>**Reading, PA 19612** | **Pest Control** |
| **Sams**<br>**Post Office Box 530981**<br>**Atlanta, GA 30353** | **Revolving credit** |
| **South Florida Water Mgmt District**<br>**3301 Gun Club Road**<br>**West Palm Beach, FL 33406** | **Water use** |
| **Staples**<br>**Dept ATL**<br>**P.O. Box 405386**<br>**Atlanta, GA 30384** | **Revolving credit** |
| **Tee Times USA** | **Gold tee time contract** |
| **Thor Guard**<br>**1193 Sawgrass Corporate Parkway**<br>**Fort Lauderdale, FL 33323** | **Lighting preventative maintenance agreement** |
| **Tygris (US Express Leasing)**<br>**Dept 1608**<br>**Denver, CO 80291-1608** | **Ricoh Aficio 2232** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Ironhorse Country Club, Inc.**                          ,     Case No. _____

                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Valley Crest**<br>**Post Office Box 404083**<br>**Atlanta, GA 30384** | **Landscape maintenance** |
| **VGM Financial Services**<br>**1111 West San Marnan Drive**<br>**Waterloo, IA 50701** | **1-Ty Crop Pro Pass 180 Topdresser** |
| **Wells Fargo**<br>**NW - 8178**<br>**Post Office Box 1450**<br>**Minneapolis, MN 55485** | **3 - Club Car Turf2Utility Vehicles; 1 Supa-System Chasis and groomer cassettes** |
| **Wells Fargo**<br>**NW - 8178**<br>**Post Office Box 1450**<br>**Minneapolis, MN 55485** | **1- Bandit Drum Chiper; 1-Dakota Turf Tender; 4-Yard Hopper with electric controls** |
| **Wells Fargo**<br>**NW - 8178**<br>**Post Office Box 1450**<br>**Minneapolis, MN 55485** | **1-Soil Reliever Model 72; 5-John Deere 2 Unit Trailers; 1-John Deere 5105 Utility Trailer** |

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Ironhorse Country Club, Inc.**                                    Case No.                          

Debtor(s)                  Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **107**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January  4, 2010**                        Signature    **/s/ John G. McGregor**

                                                                  **John G. McGregor**

                                                                     **Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ironhorse Country Club, Inc.**                  ,       Case No. _____

                                 Debtor       Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date\_\_\_\_\_**January 4, 2010**_____       Signature **/s/ John G. McGregor**_____

                                                  **John G. McGregor**
                                                  **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

   **0**\_\_\_\_ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re   **Ironhorse Country Club, Inc.**  _____     Case No.  _____
                                    Debtor(s)                            Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **January  4, 2010**  _____        **/s/ John G. McGregor** _____
                                                      **John G. McGregor/Vice President**
                                                      Signer/Title

Abigail Gaivez
916 3rd Street
West Palm Beach, FL 33401


Adams Remco
c/o Max Davis
Post Office Box 740423
Atlanta, GA 30374


Adams Remco
Post Office Box 740423
Atlanta, GA 30374


Alarm Guard
3965 Investment Lane
West Palm Beach, FL 33404


AM&E, Inc.
606 South Hacienda Drive
Tempe, AZ 85281-2988


American Association of Women
140 Ocean Pines Terrace
Jupiter, FL 33477


Amerigas
Post Office Box 105018
Atlanta, GA 30348


Amerigas
7171 Interpace Rd
West Palm Beach, FL 33407


Andrey Dmitriev
311 North Federal Highway
Apt 5
Lake Worth, FL 33460


Antoni Garcia
2601 Parker Avenue
West Palm Beach, FL 33401


Aqua Soft Water Systems
220 Business Park Way
West Palm Beach, FL 33411

Aqua Springs
540 NW 77th Street
Boca Raton, FL 33487


Aramark
Post Office Box 224
Opa Locka, FL 33054


Arthur Berman
118 Abondance Drive
Palm Beach Gardens, FL 33410


Ashley Torsiello
9092 Banquet Way
Lake Worth, FL 33467


Ashworth c/o Taylor Made
5545 Fermi Court
Carlsbad, CA 92008


Atlantic Coast Fire Equipment
3123 NW 73rd Street
Miami, FL 33147


Ayme Besman
1325 Fishers Place
West Palm Beach, FL 33413


Bag Boy Co.
Post Office Box 791354
Baltimore, MD 21279-1354


Betsy Pinto
184 316th Avenue North
Lake Worth, FL 33460


Bill Jenner
8292 Bob O Link Drive
West Palm Beach, FL 33412


Billi Lopez
Post Office Box 1138
Indiantown, FL 34956

BMI General Licensing
Post Office Box 406741
Atlanta, GA 30384-6741

Bob Raimondo
7427 Ironhorse Boulevard
West Palm Beach, FL 33412

Boss Refrigeration
Post Office Box 1910
2581 Jupiter Park Drive
Suite F3
Jupiter, FL 33468

Boss Refrigeration
2581 Jupiter Park Drive
Boca Raton, FL 33486

Brian Gerhauser
12370 Alternate A1A
Palm Beach Gardens, FL 33410

Brian Glass
1405 Wilderness Road
West Palm Beach, FL 33409

Brigette Muglia
284 Village Boulevard
Aprtment 9205
Jupiter, FL 33469

Bruce Forepaugh
1332 13th Terrace
Palm Beach Gardens, FL 33418

Bruce Wigder
326 Mingo Way
Loudon, TN 37774

Bryan Automotive
1400 Avenue E
West Palm Beach, FL 33404

Buddy Shapiro
8385 Ironhorse Court
West Palm Beach, FL 33412


C&H Landscape Contractors
1300 D Road
Loxahatchee, FL 33470


Callaway Golf
2180 Rutherford Road
Carlsbad, CA 92008


Canam Golf Group LLC
551 South Pompano Parkway
Suite A
Pompano Beach, FL 33069


Carlos Jaoquin
Post Office Box 1085
Indiantown, FL 34956


Carrie Shaeffer
4887 Via Palm Lake
#505
West Palm Beach, FL 33417


Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232


Charles Steiner
6680 Oakmont Way
West Palm Beach, FL 33412


Charles Yorkie
7634 Ironhorse Boulevard
West Palm Beach, FL 33412


Charlotte Darville
361 West 20th Street
West Palm Beach, FL 33404


Cheney Brothers Inc.
One Cheney Way
Riviera, FL 33404

CIT
P.O. Box 1036
Charlotte, NC 28201


City of West Palm Beach
P.O. Box 303000
Tampa, FL 33630


Clear Pool Maintenance
P.O. Box 524
Jupiter, FL 33468


Clear Pools
408 Commerce Way
Suite 1
Jupiter, FL 33468


Cleveland Golf / Srixon
P.O. Box 7270
Newport Beach, CA 92658


CMC Golf Inc.
15695 North 83rd Way
Scottsdale, AZ 85260


Cod & Capers
4128 PGA Blvd.
Palm Beach Gardens, FL 33410


Commercial Sound
2050 North Andrews Avenue
Suite 101
Pompano Beach, FL 33069


Commercial Sound & Design
2050 North Andrews Avenue
Suite 101
Pompano Beach, FL 33069


Como Oil Company of Florida
Post Office Box 386
Palm City, FL 34991


Comp Options Insurance Company

Cristobal Juarez
14797 SW Andaucia Ct
Indiantown, FL 34956


Cusano's Bakery
213 NW 4th Ave
Hallandale, FL 33009


Cutter & Buck
P.O. Box 34855
Seattle, WA 98124


Cynthia D. Bernardi
1228 Cippewa Street
Jupiter, FL 33458


Daniel Demar
9614 Capendon Avenue
Palm Beach Gardens, FL 33418


Daniel Dias
3218 West Obispo Street
Tampa, FL 33629


Danilee Meyers
1323 Scottsdale Road
West Palm Beach, FL 33417


Danillo Hernandez
610 1/2 35th Street
2A
West Palm Beach, FL 33407


David Kensky
5000 North Ocean Drive
Apt 302
West Palm Beach, FL 33404


David Kudler Pinzler
7911 Preserve Drive
West Palm Beach, FL 33412


David Ross
7790 Fairway Lane
West Palm Beach, FL 33412

David Weissman
7750 North Tall Oaks Drive
Park City, UT 84098


Deborah Johnson
3762 New Moon Parkway
Boynton Beach, FL 33436


Dell Financial Services
P.O. Box 5292
Payment Process Center
Carol Stream, IL 60197-5292


Dennis Rupert
7811 Preserve Drive
West Palm Beach, FL 33412


Derek Rosario
4807 Sable Pine
West Palm Beach, FL 33417


Direct TV
PO Box 60036
Los Angeles, CA 90060-0036


Donald Stoltzner
7918 Fairway Lane
West Palm Beach, FL 33412


Dorothy Davis
8268 Bob O Link Drive
West Palm Beach, FL 33412


Eastern Pacific Apparel, Inc.
P.O. Box 72
Brattleboro, VT 05302-0072


Edward Lustig
80554 Avenida Santa Marta
Indio, CA 92203


Edwin Golf Shops
3889 Northlake Boulevard
West Palm Beach, FL 33403

Eileen Baguidy
623 38th Street
West Palm Beach, FL 33407


Elliott Mansour Charest
7875 Fairway Lane
West Palm Beach, FL 33412


Emory Richardson
7959 Ironhorse Boulevard
West Palm Beach, FL 33412


Energy Control Systems
2940-A Cole Court
Norcross, GA 30071


Energy Control Systems, Inc.
2940A Cole St.
Norcross, GA 30071


Evergreen Produce, Inc.
5403 N. Haverhill Rd
#231
West Palm Beach, FL 33407


FL Dept of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399


Flatiron Capital
PO Box 17600
Denver, CO 80217-0600


Flatiron Capital
Dept 2195
Denver, CO 80271-2195


Florida Turf Support, Inc.
14636 Mirasol Manor Court
Tampa, FL 33626


Florida's Finest Linens
610 Orange Avenue
Fort Pierce, FL 34947

Floridas Finest Linens
2610 Orange Avenue
Fort Pierce, FL 34947


Foley
136 Chota Landing Drive
Loudon, TN 37774


Foot Joy Drawer CS
P.O. Box 532419
Charlotte, NC 28290-2419


Ford Motor Credit
P.O. Box 105697
Atlanta, GA 30348-5497


Francner Theodor
10304 Pippin Lane
West Palm Beach, FL 33411


Francois Sichem
418
 South K Street
Lake Worth, FL 33460


Frank DeRaffele
8268 Bob O Link Drive
West Palm Beach, FL 33412


Gaspar Mateo
Post Office Box 1085
Indiantown, FL 34956


GE Capital
Post Office Box 536447
Atlanta, GA 30353


GE Capital
P.O. Box 6229
Carol Stream, IL 60197-6229


Gene Frans
8294 Bob O Link Drive
West Palm Beach, FL 33412

Gene Nethery
4 Avenue F
Marathon, FL 33050


George Findell
6778 Oakmont Way
West Palm Beach, FL 33412


Gertulla
3507 Greenway Drive
Jupiter, FL 33458


Gilberti
13247 SW Citrus Blvd.
# 11
Indiantown, FL 34956


Giovanni Russo
9565 Cherry Blossom Terrace
Boynton Beach, FL 33437


Glen Echo Golf Wear
75 Knickerbocker Road
Moonachie, NJ 07074


Glenn Fanara
35 Deitz Avenue
Lake Grove, NY 11755


Glenn McGredie
12370 Alternate A1A
Palm Beach Gardens, FL 33410


Global Golf Sales, Inc.
12233 SW 55th St.
Fort Lauderdale, FL 33330


Golf Pac


Greg Norman Collection
Post Office Box 601898
Charlotte, NC 28260-1898

Gregory White
6512 North Central Avenue
Sea Isle City, NJ 08243


Harold Phillips
3341 Bracmar Court
Keswick, VA 22947


Hector
1301 NW 3rd Street
Deerfield Beach, FL 33442


Hector Jesus
Post Office Box 1871
Indiantown, FL 34956


Hillary Oakley
11030 Cameron Court
#307
Fort Lauderdale, FL 33324


Home Depot
Post Office Box 6029
The Lakes, NV 88901-6029


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029


Howard Tingling
7980 Fairway Lane
West Palm Beach, FL 33412


Imperial Headware, Inc.
1086 Paysphere Circle
Chicago, IL 60674


Imperial Premium Finance, Inc.
Box 9045
New York, NY 10087

```
Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 105017
Atlanta, GA 30348-5017


Intertel Leasing, Inc.
Post Office Box 973105
Dallas, TX 75397-3105


Jack E. Reisman
8272 Bob O Link Drive
West Palm Beach, FL 33412


Jackie Burk
1278 Clysdale Drive
Loxahatchee, FL 33470


Jackson Cirosil
1805 West Blue Heron
Apt C201
West Palm Beach, FL 33404


James Lynch
8210 Cypress Point Road
West Palm Beach, FL 33412


James McGrath
615 Bayshore Drive
Fort Lauderdale, FL 33304


James R. Gallo
9773 Sandpiper Lane
West Palm Beach, FL 33411


Jennifer Costa
8891 Okeechobee Boulevard
West Palm Beach, FL 33411
```

Jessica Lobrutto
9710 Pinemill Court
Lake Worth, FL 33467


Jessica Wilson
1520 15th Court
Palm Beach Gardens, FL 33410


Jesus Miguel
Post Office Box 1871
Indiantown, FL 34956


Jim Chickow
8180 Cypress Point Road
West Palm Beach, FL 33412


Jodi Zak
796 Blee Grove Lane
West Palm Beach, FL 33411


Jodie Wagner
8129 Bautista Way
Palm Beach Gardens, FL 33418


Joe Yashuk
115 Bamboo Road
West Palm Beach, FL 33404


Joel Jevotovsky
8198 Cypress Point Road
West Palm Beach, FL 33412


Jofit LLC
1800 Mearns Rd
Unit HH
Warminster, PA 18974


John Antonio
10204 Crosby Place
Port Saint Lucie, FL 34986


John Gillies
627 Shady Creek Drive
Lafayette, IN 47905

```
John Harry
7624 Preserve Drive
West Palm Beach, FL 33412


John Jones
7861 Preserve Drive
West Palm Beach, FL 33412


John Quinzi
248 Honeysuckle Drive
Jupiter, FL 33458


John Zurek
1023 Shady Lake Circle
Palm Beach Gardens, FL 33418


Jose Guitierrez
Post Office Box 2044
Indiantown, FL 34956


Jose Laureano
15165 SW Chickee Street
Indiantown, FL 34956


Joseph Gries
8593 Doverbrook Drive
Palm Beach Gardens, FL 33410


Joseph Grow
Post Office Box 698
PA 19400


Juan Francisco
Post Office Box 2044
Indiantown, FL 34956


Julia Bloom
2 Ceann Court
Palm Beach Gardens, FL 33418


K. Bell
215 South Douglas Street
El Segundo, CA 90245-6037
```

KDT Solutions, inc.
1256 5th Street
West Palm Beach, FL 33409


Keith Warner
139 Harbourside Circle
Jupiter, FL 33458


Kilpatrick Turf Equipment
7700 High Ridge Road
Boynton Beach, FL 33462


Kim Gandhi
8009 Fairway Lane
West Palm Beach, FL 33412


Lauren Pottinger
10222 Hunt Club
Palm Beach Gardens, FL 33418


Leegin Creative Leather Prod., Inc.
P.O. Box 406
La Puente, CA 91747


Leonard McCoy
3371 Ironworks Road
Lexington, KY 40511


Leonard Osman
7754 Ironhorse Boulevard
West Palm Beach, FL 33412


Lester Kaye
31 McGregor Drive
Southampton, NY 11968


Lien Pham
3007 Beresford Road West
West Palm Beach, FL 33417


Life Line Screening
5400 Transportation Boulevard
Cleveland, OH 44125

Light Bulbs Unlimited
4275 Okeechobee Blvd.
Store E
West Palm Beach, FL 33409


Linda Joseph
3030 Congress Park Dr.
Apt. 327
Lake Worth, FL 33461


Lisa Bond
1715 Funston Street
#2
Hollywood, FL 33020


Lori Kite
9206 150th Court North
Boca Raton, FL 33487


Louis Nappi
156 Townsend Avenue
Pelham Manor, NH 10803


Louis Nappi
156 Townsend Avenue
Pelham, NY 10803


Marian DiStasio
8170 Bob O Link Drive
West Palm Beach, FL 33412


Marie Cherisca
213 12th Street
Delray Beach, FL 33444


Marietje Condron
7925 Preserved Drive
West Palm Beach, FL 33412


Marjori Petter-Kolb
8472 Ironhorse Court
West Palm Beach, FL 33412

Mark Goldman
409 Washington Street
#391
Hoboken, NJ 07030


Mark Govrin
3 Brighton Court
Palm Beach Gardens, FL 33418


Mark Peters
8000 Portofino Circle
Apartment 12
Palm Beach Gardens, FL 33418


Mary Jo Roth
242 Montant Drive
Palm Beach Gardens, FL 33418


Mary Kathryn  Devoss
5000 North Ocean Drive
Apt 302
West Palm Beach, FL 33404


Max Davis
Post Office Box 3935
South Bend, IN 46619


Max Davis Associates
Post Office Box 3935
South Bend, IN 46619-0935


McGowen Displays, Inc.
3570 Consumer Street
West Palm Beach, FL 33404


Michael Entler (Masselli)
2 Parcher Avenue
Old Orchard Beach, ME 04064


Michael Turner
7773 Preserve Drive
West Palm Beach, FL 33412

Michael Weiss
14 Doti Court
Huntington, NY 11743


Michelle Schofield
16700 West Glasgow Dr
Loxahatchee, FL 33470


Mike Fegan
7973 Preserve Drive
West Palm Beach, FL 33412


Miles Heitzburg
18442 Cocos Plumosa
Jupiter, FL 33458


Mitchell Wollman
7578 Ironhorse Boulevard
West Palm Beach, FL 33412


Mitel Leasing
P.O. Box 73105
Dallas, TX 75397


Monique Smith
8300 NW 24th Street
Pompano Beach, FL 33065


Mr. & Mrs. David Parkes
125 Clearview Ave
Ottowa, Ontario
Canada, K1Y4X6


Muriel Wagner
7 Moorings Lane
Salem, SC 29676


Nancy Bernard
8296 Bob O Link Drive
West Palm Beach, FL 33412


Navika USA, Inc.
6 Journey
Suite # 375
Aliso Viejo, CA 92656

Neil Luning
866 Blue Ridge
West Palm Beach, FL 33409


Nicole Mills
3255 Florida Boulevard
Palm Beach Gardens, FL 33410


Nicole Trammell
1893 Hollyhock Road
West Palm Beach, FL 33414


Oakwood Center Golf
1041 45th Street
West Palm Beach, FL 33407


Oracle Elevator
2315 Sterling Road
Fort Lauderdale, FL 33312


Paetec
Post Office Box 1283
Buffalo, NY 14240


Palm Beach Central High School
8499 West Forest Hill Boulevard
West Palm Beach, FL 33411


Palm Beach Post Newspaper
P.O. Box 24694
West Palm Beach, FL 33416


Patrick O'Hara
13 Lexington Lane
Unit F
Palm Beach Gardens, FL 33418


Patti Shawhan
123 Bellezza Terrace
West Palm Beach, FL 33411


Paul Bakken
6450 Longleaf Pine Drive
Jupiter, FL 33458

Paul Bakken


Paul Levine
7160 Tradition Cove Lane East
West Palm Beach, FL 33412


Paula Weiss
7411 Ironhorse Boulevard
West Palm Beach, FL 33412


Pedro Joaquin
145 96 SW Martin Avenue
Indiantown, FL 34956


Pepsi-Cola Gen. Bot.
75 Remittance Drive
Suite 1884
Chicago, IL 60675-1884


Pepsiamericas
75 Remittance Dr
Suite 1884
Chicago, IL 60675


Perfect Wedding Guide of Ft Lauderdale
102 NE 2nd Street
#271
Boca Raton, FL 33432


Peter Yeutter
1308 Mallard Lane
Millville, NJ 08332


Pilgrim Mat
Post Office Box 1093
Tucker, GA 30085-1093


Pilgrim Mat Services
P.O. Box 1093
Tucker, GA 30085


Ping, Inc.
P.o. Box 52450
Phoenix, AZ 85072

Pitney Bowes
2225 American Drive
Neenah, WI 54956


Plant Health Solutions
P.O. Box 102
Loxahatchee, FL 33470


Plasco, Inc.
1501 NW 163rd Street
Miami, FL 33169


POA Agreement
Miami Management
1201 US Highway 1
Suite 220
West Palm Beach, FL 33412


Pranee Thabthim
1781 Woodhaven Drive
West Palm Beach, FL 33406


Precision Small Engine
2510 NS 16th Lane
Pompano Beach, FL 33064


Prime Turf
14200 South Parker Road
Lockport, IL 60441


Pro Plus Services, Inc.
P.O. Box 337
Bowling Green, FL 33834


R & R Products, Inc.
3334 East Milber St
Tucson, AZ 85714


Rafael Lacan
Post Office Box 1891
Indiantown, FL 34956


Randi Tessler
930 Meadow Avenue
West Palm Beach, FL 33414

Ray Sowers
7925 Flagler Court
West Palm Beach, FL 33405


Raymond Nordine
8197 Spyglass Drive
West Palm Beach, FL 33412


Renato Alcalde
8422 Ironhorse Court
West Palm Beach, FL 33412


Renee Poulter
11718 66th Street North
West Palm Beach, FL 33412


Rentokil
Post Office Box 13848
Reading, PA 19612


Rentokil Pest Control
P.O. Box 13848
Reading, PA 19612-3848


Rexel Consolidated
6861 Garden Rd
Riviera Beach, FL 33404


Richard Evans
8191 Cypress Point Road
West Palm Beach, FL 33412


Richard Youngman
3220 Holiday Spyglass Boulevard
#211
Pompano Beach, FL 33063


Risk Compliance, Inc.
Post Office Box 1941
Hobe Sound, FL 33475-1941


Robert Anderson
866 Blue Ridge Circle
West Palm Beach, FL 33409

Robert Annand
8310 Bob O Link Drive
West Palm Beach, FL 33412


Robert Irene
8469 Ironhorse Court
West Palm Beach, FL 33412


Ron Greschner
8389 Ironhorse Court
West Palm Beach, FL 33412


Ron Kahn
16 Village Drive
Trumbull, CT 06611


Roy Cacciaguada
7780 Ironhorse Boulevard
West Palm Beach, FL 33412


Ruth Larkin
9604 Capendon Avenue
Palm Beach Gardens, FL 33418


Ryan Berendt
4345 Gardenia Drive
Palm Beach Gardens, FL 33410


S & D Coffee, Inc.
P.O. Box 1628
Concord, NC 28026


Sam's Club
Post Office Box 530981
Atlanta, GA 30353


Sammy Zattair
8279 Bob O Link Drive
West Palm Beach, FL 33412


Sams
Post Office Box 530981
Atlanta, GA 30353

Saul Ziner
61 Walden Pond Drive
Nashua, NH 03064


SCNS, Inc.


Scott Goldberg
10289 Hunt Club Lane
Palm Beach Gardens, FL 33418


Sergio Bochese
7761 Preserve Drive
West Palm Beach, FL 33412


Sesac, Inc.
Post Office Box 331069
Nashville, TN 37203-9920


Sewell Wilson
Post Office Box 2009
New Castle, NH 03854


Shirley Dorsainvil
10472 Trianon Place
West Palm Beach, FL 33414


Show Turf, Inc.
1365 Neptune Drive
Boynton Beach, FL 33426


Sonya Toney
8389 White Egret Way
Lake Worth, FL 33467


South Florida Water Mgmt District
3301 Gun Club Road
West Palm Beach, FL 33406


Sport-Haley, Inc.
4600 East 48th Avenue
Denver, CO 80216

Srixon Sports USA, Inc.
Post Office Box 7270
Newport Beach, CA 92658-7270


Staples
Dept ATL
P.O. Box 405386
Atlanta, GA 30384


Staples Business Advantage
Dept ATL
P.O. Box 405386
Atlanta, GA 30384


Stephanie Duran
3780 North Jog
#202
West Palm Beach, FL 33411


Sysco Food Services So. FL
1999 ML King Blvd
Riviera Beach, FL 33404


T Time Designs, Inc.
P.O. Box 295
Rushville, IN 46173


Tammi Graff
4148 S.E. Jacarnda Street
Stuart, FL 34997


Taylormade-Adidas Golf Co.
Post Office Box 406043
Atlanta, GA 30384-6043


Tee Times USA


Tennis Supply 10 S
1400 NW 13th Ave
Pompano Beach, FL 33069


The Hamlet Country Club
3600 Hamlet Drive
Delray Beach, FL 33445

Theresa Falotico
10304 Pippin Lane
West Palm Beach, FL 33411


Thor Guard
1193 Sawgrass Corporate Parkway
Fort Lauderdale, FL 33323


Tiffany Paige
16190 68th Street North
Loxahatchee, FL 33470


Titleist Drawer
P.O. Box 532402
Charlotte, NC 28290


Tom Lover
7739 Ironhorse Boulevard
West Palm Beach, FL 33412


Toni McCauley
7225 Brunswick Circle
Boynton Beach, FL 33472


Total Compliance Network
5540 N.W. 33rd Ave.
Suite #106
Fort Lauderdale, FL 33309


Tyge Hansen
8264 Spyglass Drive
West Palm Beach, FL 33412


Tygris (US Express Leasing)
Dept 1608
Denver, CO 80291-1608


Tyler Jackson
423 SW Walking Path
Stuart, FL 34997


Ultra Marketing, Inc.
13250 St. Tropez Circle
Palm Beach Gardens, FL 33410

United Parcel Service
Post Office Box 7247-0244
Philadelphia, PA 19170


US Kids Golf
P.O. Box 105334
Atlanta, GA 30321


USGA
Club Membership
P.O. Box 5008
Hagerstown, MD 21741


Valley Crest
Post Office Box 404083
Atlanta, GA 30384


Valley Crest Landscape Maintenance
P.O. Box 404083
Atlanta, GA 30384


Varda Chocolatier
41 South Spring Street
Elizabeth, NJ 07201


VGM Financial Services
1111 West San Marnan Drive
Waterloo, IA 50701


Vladmir Alexeev
5000 North Ocean Drive
Apt 208
West Palm Beach, FL 33404


Wachovia Bank
Commercial Loan Service
Post Office Box 740502
Atlanta, GA 30374


Wachovia Bank
Post Office Box 60308
Charlotte, NC 28260

Wells Fargo
NW - 8178
Post Office Box 1450
Minneapolis, MN 55485


Wells Fargo Equipment Finace, Inc.
Post Office Box 1450
Minneapolis, MN 55485


West Coast Trends
17811 Jamestown Lane
Huntington Beach, CA 92647


Who's Who in North
135 Seashore Drive
Jupiter, FL 33477


William Magnan
108 Old English Court
Jupiter, FL 33458


Woogee World
P.O. Box 748
Oceanside, CA 92049